OPINION — AG — THE PROCEDURE EMPLOYED BY THE PARDON AND PAROLE BOARD WHEREBY MEMBERS ARE ALLOWED TO CAST THEIR VOTES BY MAIL IS A PROCEDURE WHICH CONTRAVENES THE OPEN MEETING ACT. CITE: 25 O.S. 1977 Supp., 301 [25-301], 25 O.S. 1977 Supp., 302 [25-302], 25 O.S. 1977 Supp., 306 [25-306], 25 O.S. 1977 Supp., 313 [25-313], 57 O.S. 1975 Supp., 332.2 [57-332.2], 57 O.S. 1977 Supp., 332.4 [57-332.4], ARTICLE VI, SECTION 10 (PRISONS AND REFORMATORIES) (JOHN GREGORY THOMAS) 57 O.S. 332.2 [57-332.2] 'PROXY'